■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY COX, Appellant. [663 NYS2d 824] —Judgment, Supreme

Court, Bronx County (Edward Davidowitz, J.), rendered May 26, 1995, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him to concurrent terms of $2^3/_4$ to $8^1/_4$ years, unanimously affirmed.

Since defendant failed to advance the claims he now makes before the trial court (*see, Purkett v Elem*, 514 US 765), his claims are unpreserved for appellate review (*see, People v Rivera*, 225 AD2d 392, 393, *lv denied* 88 NY2d 969). The trial court properly concluded that the race-neutral reasons offered by the prosecutor for the peremptory challenges in question were nonpretextual, in that they were based upon bona fide concerns as to residence, demeanor, and occupation (*see, People v Wint*, 237 AD2d 195, *lv denied* 89 NY2d 1103). The court's findings in this regard are entitled to great deference (*People v Hernandez*, 75 NY2d 350, *affd* 500 US 352). Concur—Murphy, P. J., Milonas, Wallach, Rubin and Mazzarelli, JJ.